UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23370-CIV-SEITZO/O'SULLIVAN

RAYMOND YOUNG and
PAULA YOUNG,

    Plaintiff,
vs.

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFFS' MOTION TO ENLARGE TIME TO SERVE EXPERT WITNESS DISCLOSURE AND MEMORANDUM OF LAW IN SUPPORT THEREOF

**COMES NOW**, RAYMOND YOUNG and PAULA YOUNG ("Plaintiffs"), by and through their undersigned attorney, and pursuant to Fed. R. Civ. P. 26, and hereby files this, Motion to for Leave to Amend Pleadings and in support thereof, states the following:

1. On or about August 18, 2008, the subject property suffered damages caused by tropical storm and/or tropical storm force winds, a covered peril under the terms and conditions of the policy.

2. On or about September, 2009, Plaintiffs filed their Complaint for Breach of Contract and Demand For Jury Trial for damages caused by Tropical Storm Fay.

3. Although the parties agreed on a Joint Scheduling Report on January 20, 2010, which required the Plaintiff to serve its expert witness disclosure on July 16, 2010, the undersigned counsel due to a clerical mistake failed to diary the deadline to serve expert witness disclosures and was unable to comply with the Joint Scheduling Report.

6. As soon as the undersigned became aware of the clerical mistake, it served Plaintiffs' expert witness disclosures on October 14, 2010 and ensured that the parties conduct all expert witness depositions before the discovery cut-off on November 5, 2010.

7. Pursuant to this Honorable Court's Scheduling Order (Docket 9), trial is set to commence on April 25, 2011 and a Pre-Trial Conference is scheduled for March 31, 2011.

8. Defendant should therefore not be prejudiced by Plaintiffs' expert witness disclosure.

## **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 26(a)(2)(C)(i) requires disclosures of expert witnesses and their reports, *absent a stipulation or court order to the contrary,* "at least 90 days before the date set for trial or for the case to be ready for trial."

Further, Local Rule 16.1(k) states as follows:

> **(k) Exchange Expert Witness Summaries/Reports.** Where expert opinion evidence is to be offered at trial, summaries of the expert's anticipated testimony or written expert reports (including lists of the expert's qualifications to be offered at trial, publications and writings, style of case and name of court and Judge in cases in which the expert has previously testified and the subject of that expert testimony, the substance of the facts and all opinions to which the expert is expected to testify, and a summary of the grounds for each opinion) shall be exchanged by the parties no later than ninety (90) days prior to the pretrial conference, or if no pretrial conference is held, ninety (90) days prior to the call of the calendar; provided, however, that if the expert opinion evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party's expert, then the expert summary or report for such evidence shall be served no later than thirty (30) days after the expert summary or report is served by the other party.

According to Fed. R. Civ. P. 26(a)(2)(C)(i), Plaintiffs would have had until January 25, 2011 to serve their expert witness disclosures. While the undersigned recognizes that it did not comply with the Joint Scheduling Report deadlines with respect to its expert witness disclosures,

it mercifully asks this Honorable Court for leave to accept its Expert Witness Disclosures as filed on October 15, 2010.

WHEREFORE, Plaintiffs, RAYMOND YOUNG and PAULA YOUNG, respectfully requests that this Honorable Court enter an Order granting the instant Motion and accepting the Plaintiff's Expert Witness Disclosure as served on October 15, 2010 and to grant any other such relief as deemed just and necessary.

Respectfully Submitted,

MERLIN LAW GROUP, P.A.

/s/  Michelle Claverol
Michelle Claverol, Esquire
Florida Bar No.: 24623
2333 Ponce de Leon Boulevard, Suite 314
Coral Gables, Florida 33134
Tel: (305) 448-4800
Fax: (305) 448-2424
Attorneys for Defendant
mclaverol@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on this 19th day of October, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on: **Patrick Betar, Esq.**, Berk Merchant & Sims, PLC, 2100 Ponce de Leon Blvd., Penthouse I, Coral Gables, FL 33134, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  Michelle Claverol
Michelle Claverol, Esquire