UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23370-CIV-SEITZ/O'SULLIVAN

RAYMOND YOUNG and
PAULA YOUNG,

      Plaintiff,
vs.

LEXINGTON INSURANCE COMPANY,

      Defendant.
_____/

## MERLIN LAW GROUP'S MOTION TO ENFORCE CHARGING LIEN AND MOTION TO PREVENT DISMISSAL WITH PREJUDICE

COMES NOW, the law firm of Merlin Law Group, by and through its undersigned counsel, hereby files this, its Motion to Enforce Charging Lien and Motion to Prevent Dismissal, and state as follows:

1. On December 8, 2010, Plaintiffs' Raymond and Paula Young terminated their contract for legal services with the Merlin Law Group.

2. December 14, 2010, the Merlin Law Group filed a Notice of Attorney's Fees and Costs Charging Lien (D.E. 71)

3. On December 15, 2010, the parties settled the pending lawsuit during a Settlement Conference before Magistrate Judge O'Sullivan. (D.E. 72)

4. On December 16, 2010, the Court filed a Notice of Court Practice Upon Settlement asking the parties to file a Joint Stipulation for Dismissal by January 17, 2011, or request a proper extension of time if necessary. (D.E. 73).

5. There is currently a dispute between Plaintiffs Raymond and Paula Young and the Merlin Law Group as to the amount of the attorney's fees and costs that would satisfy the Charging Lien.

6. The Merlin Law Group respectfully asks that this Honorable Court does not dismiss the instant matter with prejudice until the Court, or the parties, resolve the attorney fee and cost dispute.

7. "Federal courts, although they recognize no common-law lien in favor of attorneys, give effect to the laws of the states in which they are held." Gottlieb v. GC Fin. Corp., 97 F.Supp.2d 1310 (S.D.Fla.1999); Zaklama v. Mount Sinai Med. Center, 906 F.2d 650 (11th Cir.1990).

WHEREFORE, the law firm of Merlin Law Group, P.A. hereby requests that this Honorable Court enforce its charging lien and not dismiss the case with prejudice.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

The undersigned hereby certifies that the parties discussed the issues raised in this motion on January 13, 2011 where the parties advised that it would oppose the Motion to Enforce Charging Lien and prevent Dismissal.

MERLIN LAW GROUP, P.A.

/s/ Michelle Claverol
Michelle Claverol, Esquire
Florida Bar No.: 24623
2333 Ponce de Leon Boulevard, Suite 314
Coral Gables, Florida 33134
Tel: (305) 448-4800
Fax: (305) 448-2424
mclaverol@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on this 13th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on: **Patrick Betar, Esq.**, Berk Merchant & Sims, PLC, 2100 Ponce de Leon Blvd., Penthouse I, Coral Gables, FL 33134, via transmission of Notices of Electronic Filing generated by CM/ECF and Kurt Keefer, Esq., Law Office Offices of Donald M. Kreke, 1450 Madruga Ave., Suite 410, Coral Gables, Florida 33146.

/s/  Michelle Claverol
Michelle Claverol, Esquire