```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO.   : 09-23370-CIV-SEITZ
                                    JUDGE      : PATRICIA A. SEITZ
                                    TRIAL DATE:
RAYMOND YOUNG AND PAULA YOUNG

     Plaintiff(s),                  MEDIATORS REPORT
vs.

LEXINGTON INS CO

     Defendant(s).
```

*******************************

COMES NOW Larry P. Kuvin, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 04-06-2011 08:00.

**X**  AN AGREEMENT WAS REACHED.

____  Mediation Agreement attached, with the parties consent.

____  No Agreement was reached; Impasse.

____  The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before _____/_____/_____/ this matter shall be considered at an Impasse.

____  A Pre/Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____  Other:_____

_____

      s/Allene D. Nicholson
      Florida Bar Number 201553
      Email Barbara@FloridaMediation.com
      FLORIDA MEDIATION GROUP - FMG# 0-83993
      44 W. Flagler St., Suite 1900
      Miami, FL. 33130
      305.579.9990

Copies on April 20, 2011 to:
Clerk of Court
Counsel of record
medrept.cm