UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23370-CIV-SEITZ/O'SULLIVAN

RAYMOND YOUNG and
PAULA YOUNG,

    Plaintiffs,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Merlin Law Group's Motion to Enforce Charging Lien and Motion to Prevent Dismissal with Prejudice (DE# 75, 1/13/11). This matter was referred to the undersigned by the Honorable Patricia A. Seitz in accordance with 28 U.S.C. § 636(b) (DE# 79, 1/25/11). Having reviewed the Mediator's Report (DE# 92, 4/20/11) that indicates that the parties reached an agreement to settle the matter, it is

ORDERED AND ADJUDGED that the Merlin Group's Motion to Enforce Charging Lien and Motion to Prevent Dismissal with Prejudice (DE# 75, 1/13/11) is DENIED as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this **20th** day of April, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record