UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 09-23370-CIV-SEITZ/O' SULLIVAN

**RAYMOND YOUNG and**
**PAULA YOUNG,**

 **Plaintiff,**

vs.

**LEXINGTON INSURANCE COMPANY,**

 **Defendant.**

_____/

**MERLIN LAW GROUP'S MOTION TO COMPEL ENFORCEMENT OF SETTLEMENT ON CHARGING LIEN ISSUE AND MOTION FOR SANCTIONS**

 COMES NOW, The Merlin Law Group, and hereby files this, its Motion to Compel Enforcement of Settlement on Charging Lien Issue and Motion for Sanctions, and states as follows:

 1. On December 8, 2010, the Plaintiffs, Raymond and Paula Young, terminated their contract for legal services with The Merlin Law Group in the above matter.

 2. On December 14, 2010, The Merlin Law Group filed a Notice of Attorney's Fees and Costs Charging Lien (D.E. 71).

 3. On December 15, 2010, the parties settled the pending lawsuit during a Settlement Conference before Magistrate Judge O'Sullivan (D.E. 72).

 4. On December 16, 2010, the Court filed a Notice of Court Practice Upon Settlement asking the parties to file a Joint Stipulation for Dismissal by January 17, 2011, or request a proper extension of time if necessary (D.E. 73).

 5. On March 3, 2011 , the Plaintiffs, through their new counsel, Donald Kreke and Kurtis Keefer, filed a Response to Merlin Law Group's Motion to Enforce Charging Lien.. (D.E. 83 ).

 6. On March 28, 2011, there was a hearing before this Court on the charging lien issue.  The

Court ordered that the parties mediate the charging lien issue.

7. The parties agreed to use Lawrence (Larry) P. Kuvin as mediator for this Court-Order Mediation.

8. The parties mediated the Charging Lien issue and came to a settlement at a mediation conference held on April 6, 2011.

9. Mr. Raymond Young attended the mediation on behalf of both of the. Mr. Young represented that he had full settlement authority on behalf of Mrs. Young. Counsel for the Plaintiffs, Donald Kreke and Kurtis Keefer also attended and represented that the absence of Mrs. Young would not impede efforts to resolve the settlement. It was represented that Mr. Young had complete authority to reach a settlement.

10. Settlement of the charging lien issue was reached at the mediation based upon the representation of Mr. Young's full and complete authority.

11. As agreed, a Mutual Release of Charging Lien was prepared and sent to the Plaintiff's Attorney so that the signatures of the Plaintiffs could be obtained.

12. The case was dismissed and the file closed after the mediator advised the Court that a settlement had been reached.

13. Counsel for the Plaintiffs has advised that Mrs. Young is now refusing to sign the settlement agreement memorializing the settlement reached at mediation. As such, the Plaintiffs have breached and failed to perform under the agreement reached at mediation.

14. The Merlin Law Group made significant compromises to reach the settlement and has incurred significant expense to hire counsel, Michael McGirney of Daniels, Kashtan, Downs, Robertson & McGirney, to work out this settlement, attend hearings and the Court-Ordered Mediation.

15. The Merlin Law Group would respectfully request that the Court enforce the

settlement of the charging lien issue and compel the Plaintiffs to sign the Mutual Release of Charging Lien as agreed to at the Court-Ordered Mediation.

16. This Court has authority to impose sanctions for costs, attorneys' fees and other remedies the Court deems appropriate. The Merlin Law Group also seeks an award of sanctions for the cost of this Motion and attendance at any hearing on the Motion, as well as any other relief that the Court grants.

WHEREFORE, The Merlin Law Group, P.A. hereby requests that this Honorable Court enter an order compelling the settlement of the charging lien issue, award attorneys' fees and costs for the bringing of this Motion, and such other sanctions as deemed appropriate by the Court.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)**

The undersigned hereby certifies that the parties discussed the issues raised in this motion and counsel for the Plaintiffs has no objection to the Motion.

MERLIN LAW GROUP, P.A.
/s/ Michelle Claverol
Michelle Claverol, Esquire
Florida Bar No.: 24623
2333 Ponce de Leon Boulevard, Suite 314
Coral Gables, Florida 33134
Tel: (305) 448-4800
Fax: (305) 448-2424
mclaverol@merlinlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 9th day of June, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on: **Patrick Betar, Esq.**, Berk Merchant & Sims, PLC, 2100 Ponce de Leon Blvd., Penthouse I, Coral Gables, FL 33134 and **Kurt Keefer, Esq.,** Law Office Offices of Donald M. Kreke, 1450 Madruga Ave., Suite 410, Coral Gables, Florida 33146, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Michelle Claverol

Michelle Claverol, Esquire